STEPHEN E. TAYLOR (SBN 58452)
JEFFREY E. FAUCETTE (SBN 193066)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jfaucette@tcolaw.com

R. WEBB MOORE (Admitted *Pro Hac Vice*)
FRANKLIN R. CRAGLE, III (Admitted *Pro Hac Vice*)
HIRSCHLER FLEISCHER
A PROFESSIONAL CORPORATION
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Telephone: (804) 771-9561
Facsimile: (804) 644-0957
E-mail: wmoore@hf-law.com
E-mail: fcragle@hf-law.com

Attorneys for Plaintiff
AMC TECHNOLOGY, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMC TECHNOLOGY, L.L.C., | Case No.: C-11-03403 (PSG) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE: CASE NO. C-11-03403 (PSG)

Plaintiff AMC Technology, L.L.C. ("AMC") and Defendant Cisco Systems, Inc. ("Cisco") (collectively "the Parties") have conferred, by and through their counsel, in accordance with Rule 26(f) of the Federal Rules of Civil Procedure.  Subject to the Court's approval, the Parties HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on September 2, 2011 counsel for AMC and Cisco conducted a Rule 26(f) conference, at which the Parties discussed the nature and basis of their respective claims and defenses;

WHEREAS, the Parties discussed Cisco's intention to file a Motion to Dismiss in response to AMC's Complaint;

WHEREAS, on September 12, 2011, Cisco timely filed its Motion to Dismiss AMC's Complaint;

WHEREAS, the Parties have jointly agreed that AMC shall serve and either file or lodge its First Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure on or before October 3, 2011 (the "First Amended Complaint");

WHEREAS, the Parties have further agreed that Cisco's will respond to the First Amended Complaint on or before October 24, 2011 (the "Cisco Response");

WHEREAS, if the Cisco Response takes the form of anything other than an Answer (*e.g.*, a Motion to Dismiss the First Amended Complaint), the Parties agree AMC's responsive papers shall be served and either filed or lodged on or before November 14, 2011 (the "AMC Opposition");

WHEREAS, the Parties agree that any reply by Cisco to the AMC Opposition shall be served and either filed or lodged on or before November 28, 2011;

WHEREAS, the Parties further agree that if the Cisco Response takes the form of a Motion to Dismiss the First Amended Complaint, the hearing for such motion shall be on December 13, 2011, or such other later date as may be available on the Court's calendar for the hearing of the motion;

WHEREAS, the Parties further agree that the Initial Case Management Conference in this case shall be continued to December 13, 2011, or such other later date as may be convenient for

2.

**Taylor & Co.**
Law Offices, LLP

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE: CASE NO.   C-11-03403 (PSG)

the Court, and;

WHEREAS, the Parties agree that, in anticipation of the Initial Case Management Conference, the parties shall submit their discovery plan and stipulations pursuant to Rule 26(f)(2) on or before November 29, 2011.

By and through counsel and subject to the Court's approval,

IT IS SO STIPULATED.

Dated: September 16, 2011                                    Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP


By:      /s/ *Stephen E. Taylor*
                Stephen E. Taylor
            Attorneys for Plaintiff
         AMC TECHNOLOGY, L.L.C.


Dated: September 16, 2011                                    Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP


By:      /s/ *Howard Holderness*
               Howard Holderness
            Attorneys for Defendant
              CISCO SYSTEMS, INC.


**GENERAL ORDER ATTESTATION**

I, Stephen E. Taylor, am the ECF user whose ID and password are being used to file the Stipulation and [Proposed] Order Regarding Briefing Schedule and Initial Case Management

///

///

///

///

3.

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE: CASE NO.   C-11-03403 (PSG)

1  ///

2  ///

3  Conference.  In compliance with General Order 45, X.B., I hereby attest that each listed counsel
4  above has concurred in this filing.

      Dated: September 16, 2011                    /s/ Stephen E. Taylor

## PROPOSED ORDER

Pursuant to the above Stipulation, and good cause appearing therefore,

IT IS SO ORDERED.

DATED: _Ugr vgo dgt"45."4233"""""""""""""""""  _____
                                              HONORABLE PAUL S. GREWAL
                                              UNITED STATES MAGISTRATE JUDGE

4.

**TAYLOR & CO.**
**LAW OFFICES, LLP**

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND INITIAL CASE MANAGEMENT CONFERENCE: CASE NO.   C-11-03403 (PSG)