UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AMC TECHNOLOGY, LLC, | ) | Case No.: C 11-3403 PSG |
| Plaintiff, | ) ) | **CASE MANAGEMENT ORDER** |
| v. | ) ) | |
| CISCO SYSTEMS, INC., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On December 13, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the parties' Joint Case Management Statement and the discussions held at the case management conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties shall participate in mediation. However, the parties are relieved from any specific deadline to complete mediation until they have had an

Case No.: 11-3403 PSG
CASE MANAGEMENT ORDER           1

1  opportunity to obtain initial discovery.  A deadline to complete mediation will be set at a later date.

2      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3      Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 14, 2012

4      Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . September 14, 2012

5      Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . November 1, 2012

6      Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . November 30, 2012

7      Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

8      Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . 10:00 a.m. on November 13, 2012

9      Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on February 5, 2013

10     Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on February 25, 2013

11     IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

12 Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

13 of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

14 Pretrial Statement, and all other pretrial submissions.

15 Dated: December 15, 2011

16                                                                                 PAUL S. GREWAL

17                                                                                 United States Magistrate Judge

---

25     [1] This is the last date for *hearing* dispositive motions.  Any such motions must be noticed
26 in compliance with Civil Local Rule 7-2(a).

27     [2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on
28 the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

Case No.: 11-3403 PSG
CASE MANAGEMENT ORDER       2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.: 11-3403 PSG
CASE MANAGEMENT ORDER           3