UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AMC TECHNOLOGY LLC, | ) | Case No.: C 11-03403 PSG |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

  In the above action, the parties have filed a significant portion of the pleadings under seal, including 18 of 22 pages of the first amended complaint. Defendant Cisco Systems, Inc. ("Cisco") moved to dismiss all of the claims alleged in the first amended complaint and the court held a public hearing on the motion on December 13, 2011 without any request by either party to close the courtroom. Because the court is prepared to rule on the motion by written order, the parties are no longer engaged in a business relationship, any redaction of the order imposes a burden on the court, and the public has an interest in knowing the work of this taxpayer-funded institution,

  IT IS HEREBY ORDERED that no later than January 6, 2012, the parties are ordered to show cause why any portion of an order on the pending motion must remain under seal. The parties' briefs – which may be submitted by filed letters to the court – shall be no longer than 3

Case No.: C 11-3403 PSG
ORDER TO SHOW CAUSE

1 | pages. A telephonic hearing will be held on January 10, 2012 at 10AM.

2 | Dated:   December 29, 2011

3 | _____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 11-3403 PSG
ORDER TO SHOW CAUSE