United States District Court
For the Northern District of California

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| AMC TECHNOLOGY, LLC, | ) | Case No.: 11-CV-3403 PSG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER SETTING ADR DEADLINE** |
| CISCO SYSTEMS, INC., ET AL., | ) | |
| Defendants. | ) | |

No later than June 30, 2012, the parties shall complete mediation.

**IT IS SO ORDERED.**

Dated: _____

PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: C 11-3403
ORDER