United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMC TECHNOLOGY, LLC,<br><br>  Plaintiff,<br>v.<br><br>CISCO SYSTEMS, INC., ET AL.,<br><br>  Defendants. | Case No.: 11-CV-3403 PSG<br><br>**ORDER SETTING ADR DEADLINE** |

No later than June 30, 2012, the parties shall complete mediation.

**IT IS SO ORDERED.**

Dated: Hgdtwct{"4:.'4234

PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: C 11-3403
ORDER