**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| AMC TECHNOLOGY, LLC, ) | Case No.: 11-CV-3403 PSG |
| Plaintiff, ) | |
| v. ) | **ORDER SETTING ADR DEADLINE** |
| CISCO SYSTEMS, INC., ET AL., ) | |
| Defendants. ) | |

No later than June 30, 2012, the parties shall complete mediation.

**IT IS SO ORDERED.**

Dated: Hgdtwct{"4: ."4234

PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: C 11-3403
ORDER