MORGAN, LEWIS & BOCKIUS LLP
Howard Holderness, State Bar No. 169814
Jeremy Lateiner, State Bar No. 238472
Dennis J. Sinclitico, Jr., State Bar No. 240260
One Market Street. Spear Street Tower
San Francisco, CA 94105
Tel:  415.442.1000
Fax:  412.442.1001
Email: hholderness@morganlewis.com
       jlateiner@morganlewis.com
       dsinclitico@morganlewis.com

Attorneys for Defendant and Cross-Complainant
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMC TECHNOLOGY, L.L.C., | Case No. 5:11-cv-03403-PSG |
| Plaintiff and Cross-Defendant, | [~~PROPOSED~~] ORDER GRANTING CISCO SYSTEMS, INC.'S REQUEST FOR DESIGNATED INFORMATION LODGED BY AMC TECHNOLOGY, L.L.C. IN SUPPORT OF ITS MOTION FOR SPOLIATION SANCTIONS TO BE SEALED |
| vs. | |
| CISCO SYSTEMS, INC., | |
| Defendant and Cross-Complainant. | (L.R. 79-5 and General Order 62) |
| | Complaint filed:   July 11, 2011 |

On March 15, 2013, plaintiff and cross-defendant AMC Technology, L.L.C. ("AMC") filed motions for summary judgment and spoliation sanctions (ECF 110, 117) in this matter, and in support of those motions lodged a number of documents with the Court pursuant to Local Rule 79-5(d) (*see* ECF 109, 114) that had been designated by defendant and cross-complainant Cisco Systems, Inc. ("Cisco") as "CONFIDENTIAL" under the Stipulated Protective Order for Litigation Involving Highly Sensitive Information (ECF 83), or contain information relating to such documents.

On March 22, 2013, Cisco submitted a declaration in which it withdrew its confidentiality

1   designation as to all of the documents lodged by AMC with the exception of pages 111-143 of
2   Exhibit 1 and pages 98-99 (§1.5.1) and 122-123 (§1.5.1) of Exhibit 5 to the Declaration of
3   Jonathan Patchen in Support of AMC's Motion for Spoliation Sanctions (ECF 107-2).  Cisco also
4   advised the Court in the declaration that it may unseal certain portions of documents that Cisco
5   had previously requested be sealed, and were in fact sealed, pursuant to the Court's January 27,
6   2012 Order.  ECF 69.

7   Upon consideration of the declaration submitted by Cisco pursuant to Civil Local Rule 79-
8   5(d) establishing that the documents, or portions thereof, that it wishes to be sealed are properly
9   sealable in that they contain confidential, proprietary and commercially sensitive information that
10  could cause financial harm to Cisco if disclosed in the public record, the Court finds there to be
11  good cause for sealing pages 111-143 of Exhibit 1 and pages 98-99 (§1.5.1) and 122-123 (§1.5.1)
12  of Exhibit 5 to the Declaration of Jonathan Patchen in Support of AMC's Motion for Spoliation
13  Sanctions.

14  IT IS HEREBY ORDERED that pages 111-143 of Exhibit 1 and pages 98-99 (§1.5.1) and
15  122-123 (§1.5.1) of Exhibit 5 to the Declaration of Jonathan Patchen in Support of AMC's
16  Motion for Spoliation Sanctions shall be sealed.

17  IT IS HEREBY FURTHER ORDERED that the portions of documents that were sealed
18  pursuant to the Court's January 27, 2012 Order shall be unsealed.

Dated: May 16, 2013

_____
HONORABLE PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE