**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMC TECHNOLOGY, L.L.C., ) | Case No.: 5:11-cv-03403-PSG |
| ) | |
| Plaintiff and Counterdefendant, ) | **STANDBY ORDER TO SHOW CAUSE** |
| ) | |
| v. ) | |
| ) | |
| CISCO SYSTEMS, INC., ) | |
| ) | |
| Defendant and Counterclaimant. ) | |
| ) | |

The docket indicates the parties have agreed to fully settle this case.[1] Accordingly, IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than January 3, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Monday, January 6, 2013, at 10:00 a.m. to show cause why the case should not be dismissed.

---

[1] *See* Docket No. 257 (indicating that the parties had settled).

1
Case No.: 5:11-cv-03403-PSG
ORDER

**IT IS SO ORDERED.**

Dated: December 16, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 5:11-cv-03403-PSG
ORDER